# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For Revocation of Probation or Supervised Release) |
| v. | |
| | Case Number: 8:04-cr-491-T-26TBM |
| JASON TALLEY | USM Number: 42386-018 |
| | |
| | _Mary Mills, pda_ |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) ____1____ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| **Violation Charge Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Positive urinalysis for canabis on 6/19/2008 | 7/25/2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

_July 25, 2008_
Date of Imposition of Judgment

_[signature]_

RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE

_7/_ _[illegible]_
Date

Case 8:04-cr-00491-RAL-TBM   Document 106   Filed 07/28/08   Page 2 of 2 PageID 208
AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: Jason Talley | Judgment - Page  2  of  2 |
| Case No.: 8:04-cr-491-T-26TBM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIX (6) MONTHS**. All previous terms and conditions in the Judgment shall remain the same.

    __X__   The Court makes the following recommendations to the Bureau of Prisons: That the defendant be sent to FCI Coleman.

    _____   The defendant is remanded to the custody of the United States Marshal.

    _____   The defendant shall surrender to the United States Marshal for this district:

        ____ at _____ a.m.    p.m. on _____.

    _____   as notified by the United States Marshal.

    __X__   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        _____   before 2 p.m. on _____.

        __X__   as notified by the United States Marshal.

        _____   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL